UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-2301__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Plaintiff-Appellant__

__Anne Melchor Bremus__ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_/s/ John B. Mann_
(signature)

__John B. Mann__                                __804-673-6600__
Name (printed or typed)                         Voice Phone

__John B. Mann, P.C.__                          __804-673-6604__
Firm Name (if applicable)                       Fax Number

__2201 Libbie Avenue, Suite 200__

__Richmond, VA  23230__                         __jmann@canfieldbaer.com__
Address                                         E-mail address (print or type)

---

### CERTIFICATE OF SERVICE

I certify that on __December 9, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____                __December 9, 2014__
Signature                                       Date

05/07/2014
SCC